1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  DAVID J. KENNEDY (NYBN 2863181)
   Special Assistant United States Attorney
4  SARA WINSLOW (DCBN 457643)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6925 (Winslow)
7      Facsimile: (415) 436-6748

8      86 Chambers St., 3rd Floor
       New York, NY 10007
9      Telephone: (212) 637-2733 (Kennedy)
       Facsimile: (212) 637-2686
10
Attorneys for the Plaintiff United States

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO HEADQUARTERS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 04-2068 VRW |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER |
| NATURE'S FARM PRODUCTS, INC., DENNIS CHOI, PETER PIZZO, and RAVINE FOODS, INC., | |
| Defendants. | |

Subject to the Court's approval, the parties through their undersigned counsel of record hereby agree and stipulate to the following:

1. Pursuant to the terms of the Stipulated Settlement Agreement and Order entered December 21, 2005 (Dkt. No. 59), the United States hereby dismisses Defendant Dennis Choi from this action with prejudice.

2. Choi is the last remaining defendant in the case.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: 2/7, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By: /s/ Sara Winslow
SARA WINSLOW
Assistant United States Attorney
DAVID J. KENNEDY
Special Assistant United States Attorney
Attorneys for Plaintiff United States

Dated: 1/31, 2008

FINLEY & DEATON

By: /s/ Steven C. Finley
STEVEN C. FINLEY, ESQ.
Attorneys for Defendants
Nature's Farm Products, Inc., Dennis Choi
Peter Pizzo

## [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT:

1. Defendant Dennis Choi is dismissed from this case with prejudice, pursuant to the terms of the December 21, 2005 Stipulated Settlement Agreement and Order.

2. As there are no remaining defendants in this matter, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: February 8, 2008

HON. 
Chief Judge

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. & [PROPOSED] ORDER
C 04-2068 EDL

2